FARHANG & MEDCOFF
4801 E. Broadway Boulevard, Suite 311
Tucson, Arizona 85711
T: 520.790.5433
F: 520.790.5736

Timothy M. Medcoff (#019204)
tmedcoff@fmlaw.law

Roberto C. Garcia (#026246)
rgarcia@fmlaw.law

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Sandoval and Debbie Miller, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Brown \| Olcott PLLC, and Philip Brown,<br><br>Defendants. | Case No. 4:18-cv-00423-FRZ<br><br>**NOTICE OF SETTLEMENT** |

Defendants Brown | Olcott PLLC and Philip Brown, by and through undersigned counsel, hereby give notice that the parties reached a settlement of all claims asserted in this action. The parties anticipate they will formalize their settlement and submit the papers necessary to dismiss this action within 30 days of this Notice.

/ / /

/ / /

/ / /

00426541.1

DATED this 19th day of November 2018.

            FARHANG & MEDCOFF

            By /s/Roberto C. Garcia
              Timothy M. Medcoff
              Roberto C. Garcia

            Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the Clerk of the United States District Court for the District of Arizona, with notice of case activity generated and sent electronically this 19th day of November 2018 to:

Jonathan A. Dessaules,
DESSAULES LAW GROUP
5353 North 16th Street, Suite 110
Phoenix, Arizona 85016
jdessaules@dessauleslaw.com


/s/ Deanna L. Thompson

00426541.1