# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Heather Sandoval, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Brown Olcott PLLC, et al.,<br><br>　　　　Defendants. | No. CV-18-00423-TUC-FRZ<br><br>**ORDER** |

　　　　The parties have file a joint motion for the Court to approve a settlement agreement that resolves claims regarding the Fair Labor Standards Act (FLSA). *See* Doc. 21.

　　　　A federal court reviews any agreement that resolves a claim made under the FLSA to ensure that settlement is "fair and reasonable," and does not "undermine the Act's purpose." *See Fontes v. Drywood Plus, Inc.*, 2013 WL 6228652, at *5 (D. Ariz. Dec. 2, 2013) (quoting *Goudie v. Cable Communications, Inc.*, 2009 WL 88336, at * 1 (D. Or. Jan.12, 2009)).

　　　　The proposed agreement, negotiated at "arms-length" with the aid of "a highly qualified mediator," "includes an amount of unpaid overtime, liquidated damages, and attorneys' fees." *See* Doc. 21 at pgs. 5–8. Further, the parties have provided the Court with a "detailed breakdown of the work performed" by the attorneys in this case. *See* Doc. 21 at pg. 10. Finally, the parties have presented compelling reasons why the details of their agreement should remain confidential. *See* Doc. 21 at pg. 4.

　　　　Accordingly, IT IS ORDERED that the parties' joint Motion to Seal (Doc. 19) is GRANTED. The Clerk of the Court shall publicly file the redacted motion for Approval of

Settlement and Order Dismissing Case (Doc. 21). The Clerk shall further file the unredacted motion (Doc. 20) UNDER SEAL.

IT IS FURTHER ORDERED that the unredacted joint motion for Approval of Settlement and Order Dismissing Case is GRANTED.

IT IS FURTHER ORDERED that any further pending motions are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court enter judgment and close this civil action.

Dated this 2nd day of January, 2019.

_____
Honorable Frank R. Zapata
Senior United States District Judge